UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| JAMES DUFFY, | ) | 2:09-cv-01620-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DEVINE RACING, et al., | ) | |
| Defendants. | ) | |

On July 27, 2010, the Court issued a Notice of Intent to Dismiss Pursuant to F.R.C.P. 4(m) as a result of Plaintiff's failure to file a proof of service of Plaintiff's complaint. Plaintiff has still failed to do so, and the Rule 4(m)'s deadline expired December 2010.

**IT IS THEREFORE ORDERED that** this action is hereby **DISMISSED** and the case closed.

DATED: April 1, 2011.

PHILIP M. PRO
United States District Judge